IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR48 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ISIDRO DUARTE-ANDRADE,<br>ROY LENOS-PAZ,<br>ROBERTO CAMACHO-GUTIERREZ and<br>LUIS NANDI-CIPRIANO, | )<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Luis Nandi-Cipriano (Nandi-Cipriano) (Filing No. 69). Nandi-Cipriano seeks additional time in which to file pretrial motions in accordance with the progression order. Nandi-Cipriano has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 70). Upon consideration, the motion will be granted and the pretrial motion deadline will be extended **as to all defendants**.

**IT IS ORDERED:**

Defendant Nandi-Cipriano's motion for an extension of time (Filing No. 69) is granted. **All defendants** are given until **on or before May 15, 2009,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 1, 2009 and May 15, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge