IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ISIDRO DUARTE-ANDRADE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration (Filing No. 148) of this Court's memorandum opinion (Filing No. 144) denying defendant's § 2255 motion to vacate, set aside or correct sentence by a person in federal custody (Filing No. 140). The matters raised in the motion for reconsideration are basically the same claims which were the basis for the original § 2255 motion.

The motion will be denied for the same reasons addressed in this Court's memorandum opinion (Filing No. 144). Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied.

DATED this 11th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court