IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ISIDRO DUARTE-ANDRADE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for returning of personal property (Filing No. 150). The records of the United States Marshal's Service indicate all of defendant's property was delivered to him at C.C.A., Leavenworth, Kansas, and no other items are in the possession of the government. Accordingly,

IT IS ORDERED that defendant's motion for returning personal property is denied.

DATED this 25th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court