IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ISIDRO DUARTE-ANDRADE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of motion for immediate deportation (Filing No. 182). Plaintiff should file a response to said motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion for deportation on or before May 6, 2011.

DATED this 14th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court