```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:09CR48
                             )
     v.                      )
                             )
ISIDRO DUARTE-ANDRADE,       )           ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to extend (Filing No. 188). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 27, 2011, to file a response to defendant's motion for deportation.

DATED this 9th day of May, 2011.

                                        BY THE COURT:

                                        /s/ Lyle E. Strom
                                        _____
                                        LYLE E. STROM, Senior Judge
                                        United States District Court